## THE BEWICK LUMBER COMPANY *v.* HALL.

A written instrument in these terms: " Credit check $6.50. Number 687. February 20th 1891. Issued to Aaron Hattan. Not transferable. Payable on demand in merchandise by Bewick Lumber Company. Johnsonville, Georgia. G. B. Monroe," is a chose in action arising upon contract. By section 2244 of the code, all choses in action arising upon contract are assignable so as to vest the title in the assignee. Therefore this instrument is assignable, and the same having been assigned in writing by Aaron Hattan to H. A. Hall, the latter can maintain an action upon it in his own name, after compliance with the terms of the act of Dec. 26th, 1888, touching payment in cash of checks, script, or other written evidences of indebtedness for wages. *Judgment affirmed.*

April 30, 1894. Argued at the last term.

*Certiorari.* Before Judge Sweat. Appling superior court. March term, 1893.

G. J. Holton & Son and A. C. Wright, for plaintiff in error. Graham & Parker, *contra.*